**Opinion filed June 20, 2024**



In The

# Eleventh Court of Appeals

_____

## No. 11-23-00164-CV
_____

**TAYLOR M. HARDESTY, Appellant**

**V.**

**CHRISTOPHER D. HARDESTY, Appellee**

**On Appeal from the 259th District Court**

**Jones County, Texas**

**Trial Court Cause No. 025641**

## M E M O R A N D U M   O P I N I O N

Appellant, Taylor M. Hardesty, filed a pro se notice of appeal from the trial court's final decree of divorce. Appellant's brief was originally due to be filed in this court on or before February 21, 2024. On February 23, the clerk of this court notified Appellant that her brief was past due. On March 22, on our own motion, we extended the deadline for Appellant to file her brief to April 22, 2024. Appellant did not file a brief. We again extended the deadline on this court's own motion to May 28, 2024, and informed Appellant that the failure to file her brief in this court

by that date "**will result in dismissal of the appeal**." *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

As of this date, Appellant has not filed a brief, nor has she requested an extension of time in which to file her brief. Based upon Appellant's failure to prosecute this appeal in a timely manner, we conclude that this appeal should be dismissed. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Accordingly, we dismiss this appeal for want of prosecution.

W. BRUCE WILLIAMS

JUSTICE

June 20, 2024

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.